**No. 43491.**—Protests 1558–K, etc., of Gotham Watch Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Abercrombie* v. *United States* (2 Cust. Ct. 249, C. D. 135) watch movements classified at $1.62½ each plus 32½ percent ad valorem under paragraph 368 were held dutiable at $1.40 each under paragraph 367 and T. D. 48093. Watch movements classified at $2.62½ each plus 32½ percent under paragraph 368 were held dutiable at $1.58 each under paragraph 367. Other items were held dutiable at 10 cents each plus 25 percent under paragraph 367 as claimed.